**PROB 12A**
**(7/93)**

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: **ANGEL GARCIA**                    Docket No.: 00-00461-001

Name of Sentencing Judicial Officer: Stephen M. Orlofsky, United States District Judge

Date of Original Sentence: December 15, 2000

Original Offense:

(Count One) Possession of a Weapon by a Convicted Felon, 18 U.S.C. 922(g)1 and 2

Original Sentence: Fifty-seven (57) Months Custody of the Bureau of Prisons, Three (3) Years Supervised Release, $100.00 Special Assessment (Paid). Special Conditions: (1) Drug Testing/Drug Abuse Treatment (Outpatient and/or Inpatient), if directed by U.S. Probation Office and (2) Full Financial Disclosure.

Type of Supervision: Supervised Release          Date Supervision Commenced: February 3, 2005

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                       The offender has violated the supervision condition which states 'The
                        **defendant shall refrain from the illegal possession and/or use of drugs
                        and shall submit to urinalysis or other forms of testing to ensure
                        compliance. It is further ordered that the defendant shall submit to
                        drug treatment, on an outpatient or inpatient basis, as directed by the
                        U.S. Probation Office. The defendant shall abide by the rules of any
                        program and shall remain in treatment until satisfactorily discharged
                        with the approval of the U.S. Probation Office.'**

                        The offender tested positive for cocaine use on February 7, 2005.

U.S. Probation Officer Action:

Mr. Garcia commenced his term of supervised release on February 3, 2005 and tested positive for cocaine during his first office visit. The offender is residing with his grandparents in Camden, New Jersey, and he is employed with a local medical-supply company. The undersigned Probation Officer discussed substance abuse treatment with this offender. Mr. Garcia will be referred to a Senior Probation Officer/Drug Treatment Specialist for a substance abuse evaluation and he is aware that he must comply with any recommendations of the evaluation. The offender's monitoring and drug testing will be increased.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: John L. Paccione
U.S. Probation Officer
Date: March 4, 2005

APPROVED:

RICHARD A. GALLO          Date
Supervising U.S. Probation Officer

_____

[X] Agree with U.S. Probation Officer action. Additionally, this correspondence will serve as an "Official Reprimand" from the Court, and Mr. Garcia will be advised that further violation(s) may result in a revocation of his term of supervised release.

[  ] Submit a Request for Modifying the Conditions or Term of Supervision
[  ] Submit a Request for Warrant or Summons
[  ] Other

Signature of Judicial Officer

3/14/05

Date